UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MERIDIAN HUMAN SERVICES, INC.,
et al,

        PlaintiffS,

CIVIL ACTION NO. 09-10021
HONORABLE AVERN COHN

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

        Defendant.
_____/

## ORDER DENYING APPLICATION FOR APPOINTMENT OF COUNSEL

Before the Court is Plaintiff's Application of Appointment of Counsel. Only in rare circumstances, is it the practice of this Court to attempt to obtain counsel. Now therefore;

**IT IS HEREBY ORDERED** that the application is **DENIED**.

        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

Dated: January 15, 2009

I hereby certify that a copy of the foregoing document was mailed to Meridian Human, Services, Inc, JoAnn McGhee and the attorneys of record on this date, January 15, 2009, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160